**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date: June 27, 2007
Courtroom Deputy: LaDonne Bush
Court Reporter: Darlene Martinez

_____

Civil Action No. 06-cv-02503-JLK

| | |
|---|---|
| JENNIFER NGUYEN, | Nora N. Nye |
| Plaintiff, | |
| v. | |
| STATE OF COLORADO, | Stephanie L. Scoville |
| DEPARTMENT OF TRANSPORTATION and | William Allen |
| CELINA BENAVIDEZ, in her official capacity , | |
| Defendants. | |

_____

**COURTROOM MINUTES**
_____

**Scheduling Conference**

2:30 p.m.     Court in session.

Court's preliminary comments.

**ORDERED**:   Defendants' Motion to Dismiss Plaintiff's Claims under 42 U.S.C. § 1981 and the State Whistleblower Act (Doc. 5) is granted as to plaintiff's claims under 42 U.S.C. § 1981 and the Colorado Whistleblower Act.  The case will proceed on plaintiff's First and Second Claims for Relief asserted under Title VII.

Court states that no deposition shall exceed seven hours.  If a deposition is taken and the seven hours have expired and counsel are unable to agree to continue taking it for any period of time, then the party wanting additional time on the deposition shall file a motion specifying the need for it.

If either party wants a settlement conference, counsel shall notify chambers and this

case will be referred to the Magistrate Judge for the conference.

Court's comments regarding affirmative defenses.

**ORDERED**:  A proposed amended scheduling order shall be submitted within 20 days.

2:45 p.m.      Court in recess.

Time: 00:15
Conference concluded.