IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02503-JLK-MJW

JENNIFER NGUYEN,

       Plaintiff,

v.

STATE OF COLORADO, DEPARTMENT OF TRANSPORTATION and CELINA BENAVIDEZ, in her official capacity

       Defendants.

## ORDER GRANTING STIPULATED MOTION TO DISMISS CELINA BENAVIDEZ IN HER OFFICIAL CAPACITY WITH PREJUDICE

Upon consideration of the parties' Stipulated Motion to Dismiss Celina Benavidez in her Official Capacity With Prejudice (doc. #28), filed December 22, 2009, it is

ORDERED that the Stipulated Motion to Dismiss is granted. Plaintiff's claims against Ms. Benavidez in her official capacity are dismissed in their entirety with prejudice, each side to pay their own costs and attorney fees.

Dated this 22nd day of December 2009.

                                    BY THE COURT:

                                    s/John L. Kane
                                    JOHN L. KANE, SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT