IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-2503-JLK**

**JENNIFER NGUYEN,**

 Plaintiff,

v.

**STATE OF COLORADO, DEPARTMENT OF TRANSPORTATION,**

 Defendant.

## ORDER OF DISMISSAL

Kane, J.

 Upon consideration of the Stipulated Motion to Dismiss With Prejudice (doc. #30), filed January 28, 2010, it is

 ORDERED that Stipulated Motion to Dismiss is granted.  Plaintiff's claims are dismissed in their entirety with prejudice, each side to pay their own costs and attorney's fees.

 Dated:  January 28, 2010

               BY THE COURT:

               *s/John L. Kane*
               John L. Kane, Senior Judge
               United States District Court